**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| Christopher Lazazzaro, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  -against-<br><br>The Hershey Company,<br><br>        Defendant. | Case No. 2:22-cv-07923<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Christopher Lazazzaro, individually and on behalf of himself, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice and without an award of costs or fees.

Date: February 10, 2023

               Respectfully submitted,

               By: */s/ Jason P. Sultzer*
               Jason P. Sultzer, Esq.
               **THE SULTZER LAW GROUP P.C.**
               85 Civic Center Plaza, Suite 200
               Poughkeepsie, NY 12601
               Tel.: (845) 483-7100
               *sultzerj@thesultzerlawgroup.com*

               *Counsel for Plaintiff*